**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald J. Nigro,<br><br>Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Respondents. | No. CV-17-01059-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the Report and Recommendation ("R&R") issued by United States Magistrate Judge Bridget S. Bade on February 22, 2018. (Doc. 13). The R&R recommends denying Petitioner's Petition (Doc. 1) as being untimely. It is further recommended that this Court deny Petitioner's request to proceed in forma pauperis on appeal on the basis that the dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find this ruling debatable. (Doc. 13 at 7).

Judge Bade advised the parties that they had fourteen days to file objections and that the failure to file timely objections "may result in the acceptance of the Report and Recommendation by the District Court without further review." (*Id.*)(*citing United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). No objections have been filed and the time to do so has expired. Absent any objections, the Court is not required to review the findings and recommendations in the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1989) (The relevant provision of the Federal Magistrates Act, 28 U.S.C. § 636(b)(1)(C), "does not on its face require any review at all . . . of any issue that is not the subject of an

objection."); *Reyna-Tapia*, 328 F.3d at 1121 (same); Fed.R.Civ.P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

Nonetheless, the Court has reviewed the R&R and agrees with its findings and recommendations. The Court will, therefore, accept the R&R and adopt Judge Bade's recommendations. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that Magistrate Judge Bade's R&R (Doc. 13) is **ACCEPTED** and **ADOPTED** as the order of this Court.

**IT IS FURTHER ORDERED** that the Petition (Doc. 1) is **DENIED** as untimely.

**IT IS FURTHER ORDERED** that pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **DENIED** because dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable, and Petitioner has not made a substantial showing of the denial of a constitutional right.

**IT IS FINALLY ORDERED** that the Clerk of Court shall terminate this action and enter judgment accordingly.

**Dated** this 4th day of April, 2018.

Honorable Diane J. Humetewa
United States District Judge